**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SOUTHERN DIVISION**

| | |
|---|---|
| BROOKLYN CARLSON, an individual<br><br>Plaintiff,<br><br>v.<br><br>NISSAN NORTH AMERICA, INC., a Delaware Corporation and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 8:25-cv-02083-ADS<br><br>**PROTECTIVE ORDER**<br><br>State Ct. Complaint Filed: August 4, 2025<br><br>Magistrate Judge: Autumn D. Spaeth<br><br>Trial Date: February 16, 2027 |

**ORDER**

**FOR GOOD CAUSE SHOWN,** the Court hereby approves this Stipulation and Protective Order.

**IT IS SO ORDERED.**

DATED: August 20, 2026

/s/ Autumn D. Spaeth
HON. AUTUMN D. SPAETH
United States Magistrate Judge